UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| DAVID SLONE, et al., | : | Case No. 1:03cv211 |
| Plaintiffs, | : | Judge Thomas M. Rose |
| vs. | : | |
| | : | |
| FIFTH THIRD BANCORP, et al. | : | |
| Defendants. | | |

**ORDER**

Plaintiffs' Lead Counsel have responded satisfactorily to this Court's Show Cause Order dated May 16, 2013 (Doc. 136) regarding prior approval of the Court of the contribution of any balances after redistribution to non-sectarian, not-for-profit, 501(c)(3) organization(s). As described in Plaintiffs' Lead Counsel's response, they have complied with this Court's Order Re: Distribution of Class Settlement Fund dated April 14, 2008 (Doc. 135). As set forth in Plaintiffs' Lead Counsel's filing with the Court and the Declaration of Stephen J. Cirami, Senior Vice President for Operations of The Garden City Group, the class action administrator, no request was made to the Court for prior approval of a contribution to a non-sectarian, not-for-profit, 501(c)(3) organization because there were no remaining settlement funds to be contributed and therefore no contribution was made to any charity.

Accordingly, this matter is hereby closed.

**IT IS SO ORDERED**.

Dated: May 30, 2013            *s/Thomas M. Rose*

                                                     UNITED STATES DISTRICT COURT